UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>Melissa Rex, on behalf of
her daughter, A.R.</u>,
    Claimant

    v.                                         Civil No. 09-cv-201-SM

<u>Michael J. Astrue, Commissioner,
Social Security Administration</u>,
    Respondent

## <u>O R D E R</u>

After due consideration of claimant's objection, I herewith approve and adopt the Report and Recommendation of Magistrate Judge Muirhead dated May 28, 2010 (document no. 16).

In accordance with that order, claimant's Motion for an Order Reversing the Decision of the Commissioner (document no. 11) is denied. Respondent's Motion for an Order Affirming the Decision of Commissioner (document no. 12) is granted. The Clerk of Court shall enter judgment in accordance with this order and close the case.

    **SO ORDERED.**

                                                 _____
                                                 Steven J. McAuliffe
                                                 Chief Judge

June 29, 2010

cc:  Francis M. Jackson, Esq.
     Karen B. Fitzmaurice, Esq.
     Robert J. Rabuck, Esq.